

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

2014 JUL 25  PM 12: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**WILLIAM TODD OVERCASH**        CASE NO. __5:14-cv-422-0c- 30PRL__

Plaintiff ,

Wm. Todd Overcash
14311 SE 128th St
Ocklawaha
Florida, USA

Tel: (352)812 8819
Fax: (352)433 0220

***In Propria Persona***

<u>All Rights Reserved</u>
Without Prejudice


Marion County


| | |
|---|---|
| Wm.Todd Overcash, MD, | ) Case No. |
| | ) |
|     Plaintiff, | ) **VERIFIED COMPLAINT FOR** |
|   v. | ) **DECLARATORY AND INJUNCTIVE** |
| | ) **RELIEF AND DAMAGES FROM** |
| Mark Shelnutt, | ) **DENIAL  CONSTITUTIONAL RIGHTS,** |
| Barbara Gurrola, | ) **VIOLATION OF STATE AND FEDERAL** |
| Lori Foultz, | |
| | ) **LAW WITH DEBTORS PRISON, LEGAL** |
| | ) **ABUSE AND RELATED CLAIMS;** |
| Defendants', | ) Emergency Stay |

07/25/14
OCA5064  $400.ºº

)                                    ) Violation of Florida Constitution Judicary
)                                       Article V Section 8
                                     ) TO FEDERAL COURT
                                        **JURY DEMANDED:**
                                     ) <u>18 U.S.C. 1961</u>(1)
                                     ) 42 U.S.C. 1983,
                                     ) <u>Civil and Political Rights</u>
                                     ) (enacted by Congress with
                                     )  Specific Reservations
)                                    ) *in pari materia* with the
                                     ) <u>Supremacy Clause</u> in the
                                     ) <u>U.S. Constitution,</u>
                                     ) Code of Judicial Conduct 2A


   Defendants.

---

## TABLE OF CONTENTS

<u>Page</u>

<u>INTRODUCTION</u>                                        3

<u>JURISDICTION</u>                                        4

<u>PROCEDURAL HISTORY</u>                                  4

<u>STRUCTURE AND INCORPORATION</u>
<u>OF PRIOR PLEADINGS AND EXHIBITS</u>                    12

<u>PARTIAL LIST OF RICO PREDICATE ACTS</u>
<u>AND OTHER ACTS OF WITNESS RETALIATION</u>             16

<u>COUNT ONE</u>                                          17

<u>COUNT TWO</u>                                          18

<u>COUNT THREE</u>                                        20

**COUNT FOUR**                                      21

**RELIEF REQUESTED:**                               **22**

**ON COUNT ONE**                                    23

**ON COUNT TWO**                                    25

**ON COUNT THREE**                                  28

**ON COUNT FOUR**                                   **30**

**SUMMARY OF DAMAGES**                              33

**JURY DEMAND**                                     34

**LIST OF EXHIBITS**                                35

**VERIFICATION**                                    35

## INTRODUCTION

Florida Constitution Section 8 makes Judicial Retirement mandatory at age 70,

however, in violation of the Constitution Judge Gurrola is allowed to act as a

"Senior Judge" at the age of 71.  In Hernandez v. Cate, 018 F. Supp. 2d 987 – Dis.

Court, CD California 2013,  A pro se complaint, however, is "to be liberally

construed" and "however unartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers."Erickson v. Pardus, 551 U.S.

89, 93-94, 127 S.Ct. 2197, 167 L.Ed.2d 1081 (2007) (per curiam) (citing Estelle v.

Gamble, 429 U.S. 97, 106, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976)); see Hebbe v.

Pliler, 627 F.3d 338, 342 (9th Cir.2010) (stating that "we continue to construe pro se filings liberally when evaluating them under Iqbal," and "particularly in civil rights cases, ... to afford the [plaintiff] the benefit of any doubt") (quoting Bretz v. Kelman, 773 F.2d 1026, 1027 n. 1 (9th Cir.1985) (en banc)

The primary cause of this action is a widespread criminal *enterprise* engaged in a *pattern of racketeering activity* across the State of Florida, and a conspiracy to engage in *racketeering activity* involving numerous RICO predicate acts during the past six (6) calendar years.

The predicate acts alleged here cluster around criminal conspiracy, violation of civil rights, violating ADA Rules, incarceration, intimidation, physical assault, injury to property, psychological harassment, tampering with and retaliation against a qualified Witness, retaliation for exposing illegal actions of the court and its employees, physical assault, false imprisonment, obstruction of justice, obstruction of criminal investigations, obstruction of State and local law enforcement, peonage and slavery.  See 18 U.S.C. §§ 2319, 2320, 1512, 1513, 2315, 1503, 1510, 1511 and 1581-1588 respectively.  Citation of 42 USC 1983 Malicious Prosecution by the "enterprise" adds new dimension.

The primary objective of the racketeering *enterprise* has been to inflict severe and sustained economic hardship upon Plaintiff, with the intent of impairing, obstructing, preventing and discouraging Plaintiff from writing,

publishing, investigating and defending his rights as a parent, his legal obligation

as a physician to report criminal activity, publically embarrass him, and fully

discredit him as a professional, terminate his rights as a physician and parent and

has been diagnosed with Post Traumatic Stress Disorder due to Legal Abuse as

recognized by ADA

## JURISDICTION

This honorable District Court has original jurisdiction pursuant to the civil

RICO remedies at 18 U.S.C. 1964 and 42 U.S.C. 1983 and the holdings of the U.S.

Supreme Court in Tafflin v. Levitt, 493 U.S. 455 (1990), and the U.S. Court of

Appeals for the Ninth Circuit in Lou v. Belzberg, 834 F.2d 730, hn. 4 (9th Cir.

1987) (Florida State courts have concurrent jurisdiction of civil RICO claims).

Jurisdiction is also present based on violation of 42 U.S.C. 1983 whereby his

constitutional rights have been denied by the courts:  1. Right to Pro Se Litigation,

2.  Imprisonment for Debt in violation of Federal Statue and Florida Statue, 3.

Refusal by Judge Gurrola to follow rules of court conduct, refusal to follow State

Statue in direct violation of 3 Florida Appellate Cases to the contrary, Violation of

Canon 2a with refusal of the Florida JQC to hold the Judge Accountable, and

Judge Gurrola specifically stating that he had no right to pay his attorney, pay his

property taxes, and to cease drawing disability and return to work.  Judge Gurrola

stated on July 18, 2014 in court that he had no right to pay anyone except whom

she orders him to pay and on July 11, 2014 ruled that he had no right to be a Pro Se Litigant.

## PROCEDURAL HISTORY

Judge Gurrola has failed to follow the rules of court and has issued rulings prior to presentation of the case by my attorney William Falik who immediately cited the judge on the record and requested recusal. In light of Judge Gurrola being age 71 and serving as a "senior judge" in direct violation of the Florida Constitution Section Judiciary Article V Section 8 which places mandatory retirement at age 70. In 2002, the Plaintiff was suddenly served with divorce papers and he countered per attorney lead. Over the course of events, the Plaintiff was served with multiple actions that falsely accused him of criminal activity by the former wife. The plaintiff fought for the well-being of their child and went to court and was granted that the child would attend pre-school, undergo speech evaluation, undergo speech therapy, and attend his mother's funeral. Upon reporting a sitting judge for "doctor shopping" and obtaining excessive amounts of Class II medications the pattern of court behavior changed. He was denied the right to enroll his daughter into Magnet School which the child testified as being her desire, refused treatment of Dental Cross Bite despite the final divorce decree stating that in the event that the parents did not agree, then the dentist, physician, therapist would have final say. The child's dentist referred her for therapy and

testimony was heard.   The counsel and the former wife falsely testified that a second opinion had disagreed.   Upon presenting to Judge Gurrola the falsity of testimony, the Judge did not follow the best interest of the child.   Plaintiff has been in contact with **Robert Allan Shapiro, MD the director of the Mayerson Center for Safe and Healthy Children which is a division of Cincinnati Children's Hospital and has been told that the actions of the court, the mother, and the state is child medical and of best interest of a child or intentional infliction of abuse upon the Wm. Todd Overcash.**   Through the proceedings, the Judges refused to follow the Florida Statutes and issues were repeatedly raised in the courts and reported to appropriate State agencies.   Judge Gurrola has instructed the Plaintiff in February 14 2014 (attached transcript) and July 18, 2014 (transcript) that he has no right to pay anyone except whom she orders him to pay and that his responsibility is first to opposing counsel.   Judge Gurrola has also refused to have the formal wife pay any costs.   Please note that the Plaintiff is on a frequent basis being charged on a rotational basis with either Direct or Indirect Criminal Contempt for having stated in February 14, 2013 that he had issued a check for his property taxes.   Upon the Judge telling him that taxes are not due until April and that his property cannot be taken for nonpayment of taxes and that he only had the right to pay what she tells him to pay, the Plaintiff during lunch break immediately contacted friends to remove the check from the mailbox.   Please note that in

February 14, 2014, the former wife testified that she could not work full time due to her need to be a mother and that her new husband contributed nothing to the household expenses, however, upon being granted the right to leave the Marion County area, the former wife resumed full time employment. The former wife committed fraud upon the court. Based upon the Judges actions against the husband, then the formal wife is clearly guilty of "lying to the court" and should be prosecuted. The Plaintiff was ultimately duty bound to report Judicial Parties and their family members to the State Agencies for violation of the law in 2006, 2010, 2011, 2012, 2013. Multiple 5th DCA filings were made for enforcement of the rule of law, for recusal of Judges, conspiracy by attorneys, ex-parte communications, reporting fraud and abuse of power to the appropriate directors of the named parties. Please note that at the end of the hearing on July 11, 2014 Judge Gurrola acknowledged acceptance of a gift from the former wife and the daughter and returned it to the former wife. This is clear violation of judicial rules of conduct and must immediately be recused from the case. Judge Gurrola acknowledged the gift receipt in 2013 at a hearing on April 4, 2014 then returned the gift as noted above after filing a Canon 5 complaint with the Florida JQC. Ultimately, the courts moved the plaintiff into financial jeopardy to assure their inability to defend themselves from false accusations, to sue for fraudulent testimony in court, and imprisonment. Judge Gurrola has ordered his arrest 3 times. Two weeks prior to

the hearing on July 15, 2013 . Todd Overcash was able to raise funds to have the outstanding arrest warrant withdrawn.  Then on the date of the hearing for more attorney fees, in the halls of the courthouse, Judge Gurrola ordered the bailiff to arrest Wm. Todd Overcash and attorney Beth Gordon intervened and stopped the arrest ordered by Judge Gurrola without a hearing even beginning.  Then Wm. Todd Overcash was informed that if he would simply give up his rights to his daughter the judge would not issue an arrest warrant based on her anticipation of his inability to pay another 24K in attorney fees to opposing counsel.  Under clear duress and fear of the court and his treatment in Jail, Wm. Todd Overcash agreed. It is clearly stated in the transcript that if any aspect of his agreement was not achieved then the entire agreement would be null and void and he would be prosecuted and jailed for inability to pay attorney fees to opposing counsel.  This was clearly detailed in the hearing by attorney Beth Gordon and despite his inability to obtain financing, the process was not stopped and Wm. Todd Overcash has been jailed again.  Wm. Todd Overcash has 2 foreclosure judgements against him in the 5th circuit.  One involving a ministorage facility for 1.2 Million and a commercial line of credit for 108K dollars and despite these financial burdens, Judge Gurrola continues to harass and legally abuse Wm. Todd Overcash.  Please note that Judge Gurrola was found to have failed to prove financial ability to pay attorney fees by the Florida 5th DCA (attached).  The judge then proceeded to issue

a ruling without notifying the plaintiff upon receipt of the 5th DCA ruling that the amount would be reduced from over 24K to 3K despite the fact that the money had already been borrowed and paid one year prior.

On July 11, 2014 Judge Gurrola failed to follow rules of court and issued a "verdict" without any presentation of evidence and without allowing counsel to present defense.  At this moment the temporary attorney stated that Judge Gurrola was violating his clients Constitutional Rights.  Transcript attached

On July 18, 2014 Judge Gurrola again proceeded to violate the rules of court procedures and partially stated a guilty verdict without the temporary attorney hang a chance to present evidence or to question witnesses.  Upon this action, the attorney requested that Judge Gurrola immediately recuse herself due to clear bias. The judge then withdrew judgment and proceeded with the case.  During presentation of the case in defense of Wm. Todd Overcash, the following rulings were cited:  3rd DCA case from 2007 for the record, 948 so. 2d71 and 1999 case by the 4th DCA, 11 736 so.2d 732 which clearly show that Judge Gurrola was violating Florida State Law to even consider incarceration of Wm. Todd Overcash. The attorney also cited that an unconstitutional agreement in a document cannot be enforced under State and Federal law.  Please note that Wm. Todd Overcash is fully disabled and draws private disability which per Title 31, Part 212 of the Code of Federal Regulations and Per Florida Statue 222.18 disability income is

protected. Despite these laws, Judge Gurrola essentially imprisons William Todd Overcash in "debtor's prison". The only exceptions to the above cited rules are child support and IRS debt. Wm. Todd Overcash has no outstanding child support and he is not aware of and IRS debts.

The courts repeatedly violated the rules of law as passed by the state. Ultimately the parties that committed felony actions received no enforcement of state laws and were either "ignored" or minimally fined. In retaliation, the Plaintiff had personal property attacked, stolen, the plaintiff was jailed and ultimately the plaintiff was forced into a corner to either do what the system wanted or face further invalid jail and once financially and emotionally broken and yielded to the parties desires, was again threatened with false imprisonment or "bribe" his way out of jail as he as specifically told that the decision was done and he had control of the ruling based upon "payment of a bribe".

Judge Gurrola is in direct violation of application of law, refuses to obey the law, refuses to have "learned" from the 5th DCA ruling on failure to find financial ability to pay, and has stated that Wm. Todd Overcash has not learned to cease his actions in court as evidenced by the size of the divorce files. Please note that the files have focused on the best interest of the child and have been consistently awarded to Wm. Todd Overcash until he exposed illegal "doctor shopping" by a sitting judge. Retaliation has ensued.

Further fear of conspiracy is justified upon reviewing Mr. Shelnutt's bill which was only received on July 24, 2014 after multiple requests were made. Several things are noted. Mr. Shelnutt has attempted to black out identification of parties to meetings in violation of submitting a bill for payment unless it protects the identity of a minor. Please note that on Mr. Shelnutt's bill on page 16 of the identified file as Lori A. Foultz/MOD2011 that on item 5 Mark Shelnutt discusses preparation for hearing before Judge Gurrola. Then on item 12, the line is partially "blocked" and upon review it is clear that Mark Shelnutt had a telephone conference with Judge Gurrola. Contact with Richard Orsini and Associates has been made and Mr. Orsini gave guidance to detail examination of the document and has advised to request the court to allow him to conduct direct inspection of the program and production of the document for his evaluation.

Given this evidence discovered on July 24, 2014, there is justified fear of conspiracy and justifies moving this case for protection of Wm. Todd Overcash from false imprisonment and denial of constitutional right to pro se litigation and a denying his right to pay property taxes, electric bill, buy food, etc.

Please note attached pre-nuptial agreement that was duly signed and upheld by the Florida Courts that the former wife does not have the right to attorney fees. It has been held by both State and Federal Courts that financial for legal proceedings must be provided during the divorce, however, upon completion of divorce,

continuance of financial support of legal fees is invalid. They have been divorced for over 8 years.

Final issue to be raised is the fact that Judge Gurrola ordered Wm. Todd Overcash to undergo an evaluation and the agreement was that the professional would be chosen from one of three individuals submitted by Wm. Todd Overcash. Wm. Todd Overcash submitted three names and two were refused. Wm. Todd Overcash underwent evaluation and was found to be a good parent, subjected to Parental Alienation Actions by the former wife (PAS is recognized by Florida Courts) and that the child needed to be immediately re-united with the father and the mother to undergo therapy. Wm. Todd Overcash has been formerly diagnosed with Legal Abuse Syndrome/PTSD due to the actions of the court based on retribution for disclosure of Judge Swigert's doctor shopping for Class II drugs and Judge Sawaya's sister Mary Sawaya for practicing medicine on a forged license which was tried in this Federal Court.

In 1994, the U.S. Supreme Court held that **"Disqualification is required** if an objective observer would entertain reasonable questions about the judge's impartiality. If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge **must be disqualified."** [Emphasis added]. **Liteky v. U.S.**, 114 S.Ct. 1147, 1162 (1994).

Courts have repeatedly held that positive proof of the partiality of a judge is not a requirement, only the appearance of partiality. **Liljeberg v. Health Services Acquisition Corp.**, 486 U.S. 847, 108 S.Ct. 2194 (1988) (what matters is not the reality of bias or prejudice but its appearance); **United States v. Balistrieri**, 779 F.2d 1191 (7th Cir. 1985) (Section 455(a) "is directed against the appearance of partiality, whether or not the judge is actually biased.") ("Section 455(a) of the Judicial Code, 28 U.S.C. §455(a).

## Pattern of the RICO Action

Per Sedima, SPRL v Imrex Co., 473 US 479, 496 n 14 (1985) that clearly shows that continuity of pattern and relationship are critical elements.

In this case, there is clear continuity and is supported by HJ INC v. Northwestern Bell Tel. Co., 492 US 229, 240 (1989) and the acts are related and have similar purpose.

This case presents an Open-ended form of continued racketeering activity projecting into the future and RICO action is supported by HJ., 492 US at 241.

The conspiracy of the named individuals acting as an "enterprise" conduct legitimate business and supports RICO action under HJ 492 US at 243; Cofacredit, SA V Windsor Plumbing Supply Co., Inc, 187 F.3d 229, 243 (2d Cir. 1999) and they have clearly demonstrated predicate acts of operating the "business" as previously sited.

The pattern of behavior has been known to the Public and has been cited in multiple state and federal investigations. The parties have relied upon their state granted "sovereign immunity" and the control of their own "licensing board" which creates a Monopoly without right to independent review or legal actions. The size of Marion County allows for the "closed" community of Legal Professionals and the parties that interact with them to have "ex-parte" communications and proceed with alteration of facts, refusal to admit evidence or witness testimony, and achieve submission of the average citizen due to both financial and physical assault to achieve submission and no challenge of the "authorities".

Marion County Courts have a sexual bias in family case decisions. This is clearly represented by their refusal in 2012 to change their handouts to the "poor" that were in direct violation of Florida Law that no longer allows for routine declaration of a primary custodial parent.

Effectively, the mother has been fully diagnosed as borderline and an attorney that is well known in the community to have "special power" within the legal community with multiple witnesses prepared to testify. Mark Shelnutt's influence is related to family connections and political and backroom deals that are prepared to be testified to in court. Please note we now include proof of private conference with Judge Gurrola in clear violation of rule of law and clearly supportive of conspiracy. Please note that it has now been discovered that there was conspiracy in 2012 to further alienate the child and activate a private adoption agency with no justification of involvement. The adoption agency was involved in "investigation" of child's mental status without any indication due their affiliation with DCF and now appears to be similar to conspiracy action recently prosecuted by the US Justice Department in Pennsylvania involving Judges, DCF, and adoption agencies to increase "federal funds". Mark Shelnutt became angry with Wm. Todd Overcash upon being confronted with a complaint to the Florida Bar for having stated that Wm. Todd Overcash had abused and endangered his child for placing her undergo Junior Scuba Diving Certification. Mark Shelnutt and the enterprise was aware that Wm. Todd Overcash had investigated and discovered "back room deals", refusal to enforce Florida Law, special treatment by the police and the use of children as a method to generate money for these agencies and to punish that oppose the system. Mark Shelnutt well known to have close association with

Judge Swigert and Judge Singbush and that there had been cover up of illegal actions by their friends and family. Wm. Todd Overcash was also involved in exposing that the actions by the Marion County School System has endangered several children and they have conducted cover up by using the "enterprise" to lead investigate families, sue opponents of false grounds, and have allowed 2 directors to be involved in sexual activity with minors and have allowed cover up of multiple pregnancies in minors achieved by illegal actions of their staff. These actions first led to a warning to Wm. Todd Overcash to cease or there would be further action. Then contact was made to an acquaintance and was advised to inform Wm. Todd Overcash to cease or there would be further actions. Shortly thereafter, a horse was attacked and Wm. Todd Overcash was contacted by a member of the party as to whether he had learned to just walk away from his child. Upon further discovery, there were even greater attacks made upon Wm. Todd Overcash to institute "debtors" prison and to have him assaulted by police as witnessed by several individuals that will be named in the future. Wm. Todd Overcash then agreed to a plan of action with the "enterprise" and when complied with, they refused to follow the court orders and the agreement. They then proceeded to institute further imprisonment of Wm. Todd Overcash to the point that Wm. Todd Overcash collapsed and was emotionally harmed and physically attacked and has now led to permanent damage that will be testified to by mental

health professionals and will be confirmed by the evidence. Wm. Todd Overcash was then told by the parties that he needed to just walk away or he would face further retaliation for disclosing the enterprise cover up of drug and alcohol abuse by the members. Wm. Todd Overcash was then falsely charged with Civil Criminal Contempt as the final method to force him to "yield" to the "enterprise" or face jail. The "enterprise" has activated the Department of Health to investigate Wm. Todd Overcash with a litany of unfounded complaints and simultaneously used the "enterprise" to prevent him from having the financial ability to hire experts. The enterprise even acted to assure that he could not prevent foreclosure on 2 commercial loans and have seen his properties sold at 50% of appraised value only to have the "enterprise" tell him that should he declare bankruptcy, they will simply have more money to award their "enterprise" association.

Please note that the rules of Florida enable these "enterprises" to function because they are not held to the same legal standards as others.

Clearly, this is a conspiracy and the federal lawsuit will be filed as a conjoined lawsuit by multiple parties that have suffered through this.

## PARTIAL LIST OF RICO PREDICATE ACTS
## AND OTHER ACTS OF WITNESS RETALIATION

Particular attention of this honorable Court is now drawn to Exhibits confirming Mark Shelnutt Repeatedly lying to the court and the court's refusal to reprimand him despite objection and formal complaint by counsel

History of Mark Shelnutt not being reprimanded by the Florida Bar despite clear violation of the rule of law and the history of the Florida Bar not intervening on attorneys complained about by non-judicial associates until RICO issue raised.

Mark Shelnutt illegally communicating and receiving advice from previously recused attorney in the case and then activating said counsels firm in legal proceedings without regard to rules of court as the "enterprise" is safe.

Judge Gurrola violating state law upon enforcement of null and void orders

Judge Gurrola ex-parte communications with Mark Shelnutt

Judge Gurrola conspires with the "enterprise" to repeatedly imprison Wm. Todd Overcash for lack of funds and for being on disability until Wm. Todd Overcash collapsed repeatedly in the court room and developed PTSD to achieve the goals of the "enterprise". Judge Gurrola used position to assist the "enterprise" to declare Wm. Todd Overcash an unfit parent and refusing to review facts of the case.

Marion County Schools admitting to double sets of records on the child and conspiring with the mother, Mark Shelnutt, and DCF to falsely accuse Wm. Todd Overcash of "emotional abuse" of the child.

DCF and Guardian ad litems conspiring with parties to selectively review evidence and refusal to follow agreed to actions when the said review did not support their actions. Clear extensive interactions with Mark Shelnutt. Please note

attached billings by Mark Shelnutt that clearly show conference with Judge Gurrola in violation of the law.

The "enterprise" has Ex-parte communications with parties and illegal access to records without due process and arrangements with Judge Gurrola.

Termination of DCF worker upon testimony in court that the child had retracted statement and wanted to be with her father as was confirmed in deposition.

## COUNT ONE:

Violation of 42 U.S.C. 1983 and Florida Constitution Judiciary Article V

Section 8 for mandatory Judicial Retirement at age 70.

The court has now directed Wm. Todd Overcash that the only payments that he is allowed to issue are those that she orders. Judge Gurrola states that he is not allowed to pay his property taxes, pay an attorney, and feed his animals until he pays opposing attorney whatever he bills without review. This is in direct conflict to the couple's Pre-Nuptial agreement that was upheld by the court as valid. Judge Gurolla has proceeded to violate constitutional rights and has repeatedly incarcerated him for attorney fees and civil non-child support issues. In addition Judge Gurrola after instructing him that he cannot pay an attorney, she rules that he cannot act as a Pro Se Litigant. The acts of denial Pro Se Litigant Rights and

"debtors" prison is fundamental violation of both the Constitution of the State of Florida and the Constitution of the United States of America.

## COUNT TWO:
*Pattern of Racketeering Activity*:
18 U.S.C. §§ <u>1961</u>(1) sections 201,1503,1510-1513, 1581-1592,1957,7(5),

<u>1962</u>(b)(d), 18 U.S.C. 1951

Plaintiff now re-alleges each and every allegation as set forth above, and hereby incorporates same by reference, as if all were set forth fully herein. Substance prevails over form.

At various times and places partially enumerated in Plaintiff's *documentary material*, all Defendants did acquire and/or maintain, directly or indirectly, an interest in or control of a RICO *enterprise* of individuals who were associated in fact and who did engage in, and whose activities did affect constitutional rights of the plaintiff, all in violation of 18 U.S.C. §§ <u>1961</u>(5), (6), (9), and <u>1962</u>(b), (d).

During the ten (10) calendar years preceding April 1, 2013 *A.D.*, all Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 U.S.C. §§ <u>1961</u>(1) (A) and (B), and did so in violation of the RICO law at <u>18 U.S.C. 1962</u>(b) (Prohibited activities).

Plaintiff further alleges that all Defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, *i.e.* a continuing threat of their respective *racketeering activities*, also in violation of the RICO law at 18 U.S.C. 1962(b) *supra*.

Pursuant to the original Statutes at Large, the RICO laws itemized above are to be *liberally* construed by this honorable Court.

*Respondent superior* (principal is liable for agents' misconduct: knowledge of, participation in, and benefit from a RICO enterprise).

### COUNT THREE:
Conduct and Participation in a RICO *Enterprise*
Through a *Pattern of Racketeering Activity*:
18 U.S.C. §§ 1961(5), 1962(c)

Plaintiff now re-alleges each and every allegation as set forth above, and hereby incorporates same by reference, as if all were set forth fully herein. Substance prevails over form.

At various times and places partially enumerated in Plaintiff's *documentary material*, all Defendants did associate with a RICO *enterprise* of individuals who were associated in fact and who engaged in, and whose activities did affect constitutional rights.

Likewise, all Defendants did conduct and/or participate, either directly or indirectly, in the conduct of the affairs of said RICO *enterprise* through a *pattern*

*of racketeering activity*, all in violation of 18 U.S.C. §§ 1961(5), (6), (9), and 1962(c).

During the ten (10) calendar years preceding March 1, 2014 *A.D.*, all Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 U.S.C. §§ 1961(1) (A) and (B), and did so in violation of the RICO law at 18 U.S.C. 1962(c) (Prohibited activities).

Plaintiff further alleges that all Defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, *i.e.* a continuing threat of their respective *racketeering activities*, also in violation of the RICO law at 18 U.S.C. 1962(c) *supra*.

Pursuant to 84 Stat. 947, Sec. 904, Oct. 15, 1970, the RICO laws itemized above is to be *liberally* construed by this honorable Court. Said construction rule was never codified in Title 18 of the United States Code, however. *Respondent superior* (as explained above).

**COUNT FOUR:**
Conspiracy to Engage in a
*Pattern of Racketeering Activity*:
18 U.S.C. §§ 1961(5), 1962(d)

Plaintiff now re-alleges each and every allegation as set forth above, and hereby incorporates same by reference, as if all were set forth fully herein. Substance prevails over form.

At various times and places partially enumerated in Plaintiff's *documentary material*, all Defendants did conspire to acquire and maintain an interest in a RICO *enterprise* engaged in a *pattern of racketeering activity*, in violation of 18 U.S.C. §§ 1962(b) and (d).

At various times and places partially enumerated in Plaintiff's *documentary material*, all Defendants did also conspire to conduct and participate in said RICO *enterprise* through a *pattern of racketeering activity*, in violation of 18 U.S.C. §§ 1962(c) and (d).

See also 18 U.S.C. §§ 1961(5), (6) and (9).

During the ten (10) calendar years preceding March 1, 2014 *A.D.*, all Defendants did cooperate jointly and severally in the commission of two (2) or more of the predicate acts that are itemized at 18 U.S.C. §§ 1961(1)(A) and (B), in violation of 18 U.S.C. 1962(d).

Plaintiff further alleges that all Defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, *i.e.* a continuing threat of their respective

*racketeering activities*, also in violation of <u>18 U.S.C. 1962</u>(d) (Prohibited activities *supra*).

Pursuant to 84 Stat. 947, Sec. 904, Oct. 15, 1970, the RICO laws itemized above is to be *liberally* construed by this honorable Court. Said construction rule was never codified in Title 18 of the United States Code, however. *Respondent superior* (as explained above).

### RELIEF REQUESTED

***Wherefore***, pursuant to the statutes at <u>18 U.S.C. 1964</u>(a) and (c) and 42 U.S.C. 1983, Plaintiff requests immediate removal of the above cases cited above to Federal Court and judgment against all named Defendants as follows:

ON COUNT ONE:

The court refuses to follow the rule of law and have acted to falsely imprison Wm. Todd Overcash which is clearly supported by a decision by the 5th DCA ruling that took over a year to make and has once again been ordered by Judge Gurrola. Judge Gurrola further strips him of his constitutional rights while at the same time instructing him that he has no right to pay his attorneys or any of his bills which triggers the need to file Federal Bankruptcy, however, due to inability to pay attorneys, he is unable to file due to limited ability to borrow funds from friends. Judge Gurrola has led Wm. Todd Overcash to be falsely prosecuted and

clearly refuses to follow Florida Law and immediate removal from the State Courts is indicated in light of the fact that Wm. Todd Overcash was part of the evidence that led to Judge Singbush being required to step down from the bench, exposed Judge Swigert's excessive use of CLASS II drugs while sitting on the bench and essentially serving on the bench up to days prior to his death and exposure of the sister of Judge Sawaya's sister of practicing medicine without a license. Clear and justified fear of Judicial Bias is present and clearly duress and professionals prepared to testify to the permanent damage inflicted upon Wm. Todd Overcash is justification under the rules to immediately grant a stay of all Florida Court Actions and movement of the case to Federal Court. Request for an immediate freeze of all Florida Court Actions and movement of the cases to Federal Court to prevent further and irreversible mental and physical damage to Wm. Todd Overcash.

Per rulings in 28 U.S.C. 2283 Federal Courts can issue a stay of State Courts when it falls under authorization by act of Congress which is allowed to occur under 42 U.S.C. 1983. Per ruling in Dombrowski v. Pfister it is appropriate to place injunction against state actions when the proceedings, either of civil or criminal in nature to enforce against parties affected an unconstituiona act, violating the Federal Constitution. Judge Gurrola as ordered Wm. Todd Overcash that despite his being on disability which is a protected asset (except for child

support and bankruptcy) by both Federal Statue and Florida Statue 222.18. Judge
Gurrola has stated that Wm. Todd Overcash's issuance of a check to pay his
property taxes was wrong. at a morning hearing and that he had to pay opposing
counsel despite evidence presented that the former wife had nearly equal earning
capacity.   The hearing broke for lunch, at which time Wm. Todd Overcash
contacted an individual and had the "issued check" removed from the mail to
ensure his ability to pay whatever the judge ordered.  Had this not been done, he
would have been jailed.  On return to hearing in February 2013, Judge Gurrola
proceeded to order Wm. Todd Overcash to pay excessive fees.  Then 6 months
later, the issue was raised that he had not paid his property taxes until recently and
in September 2013, Judge Gurrola instructed opposing counsel to file for Direct
Criminal Contempt so that she could rule and sentence him to up to 1 year in jail.
Judge Gurrola and opposing counsel keep stating on the record that Wm. Todd
Overcash had testified that he had paid the taxes and on review of the transcript it
is clear that he stated that he had issued the check.  No matter what Wm. Todd
Overcash did, he was to be jailed.  If he allowed the check to remain in the mail he
would not have been able to pay ordered fees and would have been jailed and by
not allowing the "issued" check to be mailed he is still going to be jailed.  Clearly
violation of the rule of law.  Please note that the 5th DCA approximately 13 months
later ruled that Judge Gurrola had not done adequate financial discovery and ruled

that it was wrong. Judge Gurrola has since had a hearing without notifying Wm. Todd Overcash of the hearing and ruled that rather than pay over 23K, he only had to pay 3K to achieve bail release. How can any individual survive mentally when he is condemned no matter what actions he takes.

## ON COUNT TWO:

1.   That this Court liberally construe the RICO laws and thereby find that all Defendants, both jointly and severally, have acquired and maintained, both directly and indirectly, an interest in and/or control of a RICO *enterprise* of *persons* and of other individuals who were associated in fact, all of whom engaged in, and whose activities did affect constitutional rights in violation of 18 U.S.C. 1962(c) (Prohibited activities).

2.   That all Defendants and all their directors, officers, employees, agents, servants and all other *persons* in active concert or in participation with them, be enjoined *temporarily* during pendency of this action, and *permanently* thereafter, from acquiring or maintaining, whether directly or indirectly, any interest in or control of any RICO *enterprise* of *persons*, or of other

individuals associated in fact, who are engaged in, or whose activities do affect, interstate or foreign commerce.

3.  That all Defendants and all of their directors, officers, employees, agents, servants and all other *persons* in active concert or in participation with them, be enjoined *temporarily* during pendency of this action, and *permanently* thereafter, from committing any more predicate acts in furtherance of the RICO *enterprise* alleged in COUNT TWO *supra*.

4.  That all Defendants be required to account for all gains, profits, and advantages derived from their several acts of *racketeering activity* in violation of <u>18 U.S.C. 1962</u>(c) and from all other violation(s) of applicable State and federal law(s).

5.  That judgment be entered for Plaintiff and against all Defendants for Plaintiff's actual damages, and for any gains, profits, or advantages attributable to all violations of <u>18 U.S.C. 1962</u>(c), according to the best available proof.

6.  That all Defendants pay to Plaintiff treble (triple) damages, under authority of <u>18 U.S.C. 1964</u>(c), for any gains, profits, or advantages attributable to all violations of <u>18 U.S.C. 1962</u>(c), according to the best available proof.

7. That all Defendants pay to Plaintiff all damages sustained by Plaintiff in consequence of Defendants' several violations of 18 U.S.C. 1962(b), according to the best available proof.

8. That all Defendants pay to Plaintiff His costs of the lawsuit incurred herein including, but not limited to, all necessary research, all non-judicial enforcement and all reasonable counsel's fees, at a minimum of $600.00 per hour worked (Plaintiff's standard professional rate at start of this action).

9. That all damages caused by all Defendants, and all gains, profits, and advantages derived by all Defendants, from their several acts of racketeering in violation of 18 U.S.C. 1962(c) and from all other violation(s) of applicable State and federal law(s), be deemed to be held in constructive trust, legally foreign with respect to the federal zone [*sic*], for the benefit of Plaintiff, His heirs and assigns.

10. That Plaintiff has such other and further relief as this Court deems just and proper, under the circumstances of this action.

## ON COUNT THREE:

1. That this Court liberally construe the RICO laws and thereby find that all Defendants have associated with a RICO *enterprise* of *persons* and of other individuals who were associated in fact, all of whom did engage in, and

whose activities did affect, interstate and foreign commerce in violation of the RICO law at 18 U.S.C. 1962(c) (Prohibited activities).

2. That this Court liberally construe the RICO laws and thereby find that all Defendants have conducted and/or participated, directly or indirectly, in the affairs of said RICO *enterprise* through a *pattern of racketeering activity* in violation of the RICO laws at 18 U.S.C. §§ 1961(5) ("pattern" defined) and 1962(c) *supra.*

3. That all Defendants and all of their directors, officers, employees, agents, servants and all other *persons* in active concert or in participation with them, be enjoined *temporarily* during pendency of this action, and *permanently* thereafter, from associating with any RICO *enterprise* of *persons*, or of other individuals associated in fact, who do engage in, or whose activities do affect, interstate and foreign commerce.

4. That all Defendants and all of their directors, officers, employees, agents, servants and all other *persons* in active concert or in participation with them, be enjoined *temporarily* during pendency of this action, and *permanently* thereafter, from conducting or participating, either directly or indirectly, in the conduct of the affairs of any RICO *enterprise* through a *pattern of racketeering activity* in violation of the RICO laws at 18 U.S.C. §§ 1961(5) and 1962(c) *supra.*

5.     That all Defendants and all of their directors, officers, employees, agents, servants and all other *persons* in active concert or in participation with them, be enjoined *temporarily* during pendency of this action, and *permanently* thereafter, from committing any more predicate acts in furtherance of the RICO *enterprise* alleged in COUNT THREE *supra*.

6.     That all Defendants be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C. 1962(c) *supra* and from all other violation(s) of applicable State and federal law(s).

7.     That judgment be entered for Plaintiff and against all Defendants for Plaintiff's actual damages, and for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(c) *supra*, according to the best available proof.

8.     That all Defendants pay to Plaintiff treble (triple) damages, under authority of 18 U.S.C. 1964(c), for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(c) *supra*, according to the best available proof.

9.     That all Defendants pay to Plaintiff all damages sustained by Plaintiff in consequence of Defendants' several violations of 18 U.S.C. 1962(c) *supra*, according to the best available proof.

10.    That all Defendants pay to Plaintiff His costs of the lawsuit incurred herein including, but not limited to, all necessary research, all non-judicial enforcement and all reasonable counsel's fees, at a minimum of $150.00 per hour worked (Plaintiff's standard professional rate at start of this action).

11.    That all damages caused by all Defendants, and all gains, profits, and advantages derived by all Defendants, from their several acts of racketeering in violation of 18 U.S.C. 1962(c) *supra* and from all other violation(s) of applicable State and federal law(s), be deemed to be held in constructive trust, legally foreign with respect to the federal zone [*sic*], for the benefit of Plaintiff, His heirs and assigns.

12.    That Plaintiff has such other and further relief as this Court deems just and proper, under the full range of relevant circumstances which have occasioned the instant action.

## ON COUNT FOUR:

1.    That this Court liberally construe the RICO laws and thereby find that all Defendants have conspired to acquire and maintain an interest in, and/or conspired to acquire and maintain control of, a RICO *enterprise* engaged in a *pattern of racketeering activity* in violation of 18 U.S.C. §§ 1961(5), 1962(c) and (d) *supra*.

2.    That this Court liberally construe the RICO laws and thereby find that all Defendants have conspired to conduct and participate in said RICO *enterprise* through a *pattern of racketeering activity* in violation of 18 U.S.C. §§ 1961(5), 1962(c) and (d) *supra.*

3.    That all Defendants and all their directors, officers, employees, agents, servants and all other *persons* in active concert or in participation with them, be enjoined *temporarily* during pendency of this action, and *permanently* thereafter, from conspiring to acquire or maintain an interest in, or control of, any RICO *enterprise* that engages in a *pattern of racketeering activity* in violation of 18 U.S.C. §§ 1961(5), 1962(c) and (d) *supra.*

4.    That all Defendants and all their directors, officers, employees, agents, servants and all other *persons* in active concert or in participation with them, be enjoined *temporarily* during pendency of this action, and *permanently* thereafter, from conspiring to conduct, participate in, or benefit in any manner from any RICO *enterprise* through a *pattern of racketeering activity* in violation of 18 U.S.C. §§ 1961(5), 1962(c) and (d) *supra.*

5.    That all Defendants and all their directors, officers, employees, agents, servants and all other *persons* in active concert or in participation with them, are enjoined *temporarily* during pendency of this action, and *permanently*

thereafter, from committing any more predicate acts in furtherance of the RICO *enterprise* alleged in COUNT FOUR.

6.    That all Defendants be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C. 1962(d) *supra* and from all other violation(s) of applicable State and federal law(s).

7.    That judgment is entered for Plaintiff and against all Defendants for Plaintiff's actual damages, and for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) *supra*, according to the best available proof.

8.    That all Defendants pay to Plaintiff treble (triple) damages, under authority of 18 U.S.C. 1964(c), for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) *supra*, according to the best available proof.

9.    That all Defendants pay to Plaintiff all damages sustained by Plaintiff in consequence of Defendants' several violations of 18 U.S.C. 1962(d) *supra*, according to the best available proof.

10.   That all Defendants pay to Plaintiff His costs of the lawsuit incurred herein including, but not limited to, all necessary research, all non-judicial enforcement, and all reasonable counsel's fees, at a minimum of $150.00 per hour worked (Plaintiff's standard professional rate at start of this action).

11.    That all damages caused by all Defendants, and all gains, profits, and advantages derived by all Defendants, from their several acts of racketeering in violation of 18 U.S.C. 1962(d) *supra* and from all other violation(s) of applicable State and federal law(s), be deemed to be held in constructive trust, legally foreign with respect to the federal zone [*sic*], for the benefit of Plaintiff, His heirs and assigns.

12.    That Plaintiff has such other and further relief as this Court deems just and proper, under the full range of relevant circumstances which have occasioned the instant action.

## SUMMARY OF DAMAGES

Summary of Reasonable Counsel's Fees:        TBA

Summary of Consequential Damages:        TBA

Summary of Actual Damages (partial list):

Est.unpaid professional invoices:        $   200,050.00

Triple damage multiplier (3 xs):        $   600,150.00

Unpaid legal responsibilities:        $  1,500,000.00

Triple damage multiplier  (3x)        $  4,500,000.00

-----------------------------------------------

Subtotal:        $ 6,800,200.00

Summary of Punitive Damages (3x):        $   20,400,600.00

-------------------------------------------------

**TOTAL DAMAGES** (minimum):     $  27,200,800.00

The damage matrix is three-dimensional:   for each Defendant, there are actual, consequential, and punitive damages (3 columns) on each of three counts (3 rows).

## JURY DEMAND

Plaintiff hereby demands trial by jury on all issues triable to a jury lawfully convened.

## LIST OF EXHIBITS

Pursuant to 18 U.S.C. 1961(9), Plaintiff now formally incorporates His *documentary material* by reference to all of the following Exhibits, as if set forth fully here, to wit:

Exhibit "A"  Transcript July 11, 2014

Exhibit "B" Transcript July 18, 2014

Exhibit "C" Transcript February 14, 2013

Exhibit "D" Ruling 5th DCA

Exhibit "E" Psychological Report on Wm. Todd Overcash

Exhibit "T" July 15, 2013 Transcript showing agreement on record by Judge

Gurrola that she then violated and refused honor and has pursued prosecution of

Wm. Todd Overcash

## **VERIFICATION**

I, Wm. Todd Overcash, *Sui Juris*, Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that the above statement of facts and laws is true and correct, according to the best of My current information, knowledge, and belief, so help me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause in the Constitution for the United States of America, as lawfully amended (hereinafter "U.S. Constitution").

Dated: July 24, 2014 *A.D.*

Signed:   /s/ Wm. Todd Overcash, MD

Printed:   Wm. Todd Overcash, MD, *Sui Juris*

14311 SE 128th St

Ocklawaha, FL 32179

352 - 812 - 8819