**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

WILLIAM TODD OVERCASH, *pro se,*

    Plaintiff,

v.                                        Case No: 5:14-cv-422-Oc-30PRL

MARK SHELNUTT, BARBARA
GURROLA and LORI FOULTZ,

    Defendants.

## ORDER

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that *pro* se Plaintiff's Complaint appears to be nothing more than stream of consciousness thoughts and complaints related to his Florida divorce proceeding and perceived wrongs he experienced during a child custody battle with his former spouse that include Plaintiff being recently held in contempt of court for failure to make equitable distribution payments.

Notably, this is Plaintiff's fourth filing in this division. *See* 5:13-cv-246-Oc-10PRL, 5:13-cv-606-Oc-22PRL, and 5:14-cv-193-Oc-22PRL. In case number 5:13-cv-246-Oc-10PRL at Dkt. 2, Judge Hodges *sua sponte* dismissed Plaintiff's complaint because Plaintiff's challenges to virtually every ruling made by the state-court judge during his custody dispute were barred by the *Rooker/Feldman* doctrine. For these same reasons, the instant action is barred and dismissed for lack of subject matter jurisdiction. Moreover, Plaintiff's rambling narrative fails to state any actionable federal claim. Plaintiff is cautioned that further frivolous filings may subject him to future sanctions.


2

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Complaint is dismissed without prejudice.

2. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on July 29, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-422 OCALA dismissal.wpd